5

United States District Court
Southern District of Texas
FILED

OCT 2 5 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| *IN RE:* § | CASE NO. 01-10578 |
| § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., § | (Pending in the United States |
| § | Bankruptcy Court for the |
| DEBTOR § | District of Delaware) |

---------------------------------------------------------

| | |
|---|---|
| VALENTIN RAMIREZ AND EVA § | |
| RAMIREZ; LUIS GARCIA AND § | |
| GUADALUPE GARCIA § | |
|      PLAINTIFFS, § | |
| § | |
| VS. § | C.A. B-01-178 |
| § | |
| § | |
| ABLE SUPPLY COMPANY; § | |
| AC&S, INC.; § | |
| AC&S, INC. (SUED INDIVIDUALLY AND § | |
| AS SUCCESSOR-IN-INTEREST TO § | |
| ARMSTRONG CONTRACTING § | |
| & SUPPLY, INC.); § | |
| AMOCO CORPORATION; § | |
| A.P. GREEN INDUSTRIES, INC.; § | |
| ARMSTRONG WORLD INDUSTRIES, INC.; § | |
| ASBESTOS CLAIMS MANAGEMENT § | |
| CORP. A/K/A NATIONAL GYPSUM; § | |
| BABCOCK & WILCOX; § | |
| BROWN & ROOT, INC.; § | |
| CERTAINTEED CORPORATION; § | |
| COMBUSTION ENGINEERGING, INC.; § | |
| CROWN CORK & SEAL COMPANY; § | |
| DRESSER INDUSTRIES, SUED § | |
| INDIVIDUALLY AND AS SUCCESOR- § | |
| IN-INTEREST TO HARBISON WALKER § | |
| REFRACTORIES AND WORTHINGTON § | |
| PUMP INC; § | |
| FLINTOKE COMPANY; § | |
| FOSTER WHEELER ENERGY § | |
| CORPORATION; § | |
| GAF CORPORATION; § | |
| GARLOCK INC; § | |
| GASKET HOLDING INC; § | |
| GASKET HOLDING, INC. § | |

Page 1

CHkPDF - www.texlo.com

(SUED INDIVIDUALLY AND AS §
SUCCESSOR-IN-INTEREST TO §
FLEXITALLIC GASKET CO.); §
GENERAL REFRACTORIES COMPANY; §
GEORGIA-PACIFIC CORPORATION; §
GEORGIA-PACIFIC CORPORATION §
(SUED INDIVIDUALLY AND AS §
SUCCESSOR-IN-INTEREST TO §
BESTWALL GYPSUM COMPANY); §
GUARDLINE, INC.; §
HARBISON-WALKER REFRACTORIES; §
HARBISON-WALKER REFRACTORIES §
(FORMERLY A DIVISION §
OF INDRESCO INC.); §
INDRESCO INC; §
INDRESCO INC. (SUED INDIVIDUALLY §
AND AS SUCCESSOR-IN-INTEREST TO §
HARBISON-WALKER REFRACTORIES, §
A DIVISION OF INDRRESCO, INC.); §
J. T. THORPE COMPANY; §
KAISER ALUMINUN & CHEMICAL §
CORPORATION; §
KELLY MOORE PAINT §
COMPANY, INC.; §
METROPOLITAN LIFE §
INSURANCE CO.; §
MINNESOTA MINING & §
MANUFACTURING (A/K/A "3M"); §
NORTH AMERICAN §
REFRACTORIES COMPANY; §
OWENS-CORNING FIBERGLAS CORP.; §
OWENS-ILLINOIS, INC.; §
OWENS-ILLINOIS, INC. (SUED §
INDIVIDUALLY AND AS SUCCESSOR- §
IN-INTEREST TO OWENS- §
ILLINOIS GLASS COMPANY); §
PITTSBURGH CORNING CORP.; §
PROKO INDUSTRIES, INC.; §
QUIGLEY COMPANY, INC.; §
RAPID-AMERICAN CORPORATION; §
RILEY STOKER CORPORATION; §
THE SYNKOLOID COMPANY; §
T&N PLC F/K/A TURNER & NEWELL PLC; §
T&N PLC SUCCESSOR IN INTEREST TO §
KEASBEY & MATTISON; §
TURNER & NEWELL INDUSTRIES, INC. §
DBA UNITED GASKET CORP; §
TURNER NEWELL, LTD. §
D/B/A UNITED FABRICATED; §

Page 2

UNIROYAL HOLDING, INC.                       §
(SUED INDIVIDUALLY AND                       §
AS SUCCESSOR-IN-INTEREST                     §
TO U.S. RUBBER COMPANY;                      §
U.S. GYPSUM COMPANY;                         §
U.S. MINERAL PRODUCTS COMPANY;               §
W.R. GRACE & CO.—CONN.;                      §
W.R. GRACE & CO.—CONN.                       §
(SUED INDIVIDUALLY AND                       §
AS SUCCESSOR-IN-INTEREST TO                  §
W.R. GRACE & COMPANY)                        §
        DEFENDANTS.

CutePDF - www.texho.com

# CERTIFICATE OF CONFERENCE AS TO
# EMERGENCY MOTION
# TO TRANSFER CIVIL ACTION PURSUANT TO  28 U.S.C.
# § 157(b)(5) FOR VENUE DETERMINATION FILED BY GARLOCK INC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Garlock Inc (Removing Defendant) files this Certificate of Conference as to its

Emergency Motion to Transfer Civil Action Pursuant to 28 U.S.C. § 157(b)(5) for Venue

Determination ("Motion to Transfer").

On October 24, 2001, Charles Siegel, counsel for the Plaintiffs was contacted by

telephone by Melissa Ferrell, one of the counsel for Garlock Inc.  Mr. Siegel, on behalf of

all of the Plaintiffs, indicated that he will oppose the relief requested by Garlock Inc. in

its Motion to Transfer venue, and, accordingly, a hearing will be necessary.

Counsel for Garlock Inc is in the process of contacting the other co-defendants and

will promptly file a supplemental certificate of conference regarding their positions on

the Motion to Transfer.

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone:  (361) 884-5678
Telecopier:  (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC


Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

## CERTIFICATE OF SERVICE

I, Mitchell C. Chaney, hereby certify that a true and correct copy of foregoing document was served by First Class Mail, on all counsel of record as listed on the attached service list this 25th day of October, 2001:

Mitchell C. Chaney

# *RAMIREZ SERVICE LIST*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Gary Elliston | A.P. GREEN INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Daniel Spain | A.P. GREEN INDUSTRIES, INC. | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Gary Elliston | ARMSTRONG WORLD INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | ARMSTRONG WORLD INDUSTRIES, INC. | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| Mary Lou Mauro | CERTAINTEED CORPORATION | Galloway, Johnson, Tompkins & Burr<br>3555 Timmons, Suite 1225<br>Houston, Texas 77027 | 713-599-0700 | 713-355-7600 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY | Crain Caton & James<br>3300 Two Houston Center<br>909 Fannin, 33rd Floor<br>Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gene Williams | GAF CORPORATION | Mehaffey & Weber<br>2615 Calder Avenue, Suite 800<br>P.O. Box 16<br>Beaumont, Texas 77704 | 409-835-5011 | 409-835-5729 |
| Eduardo Rodriguez<br>Mitchell C. Chaney<br>Teri L. Danish | GARLOCK INC | Rodriguez, Colvin & Chaney, L.L.P<br>1201 E. Van Buren<br>P.O. Box 2155<br>Brownsville, Texas 78522 | 956-542-7441 | 956-541-2170 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P.<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Mel Bailey | GEORGIA-PACIFIC CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Daniel Spain | HARBISON-WALKER REFRACTORIES | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| W. Miller Thomas | J. T. THORPE COMPANY | Fairchild, Price, Thomas, Haley & Willingham<br>413 Shelbyville Street<br>Center, Texas 75935 | 936-598-2981 | 936-598-7712 |
| Gail Jenkins | KAISER ALUMINUN & CHEMICAL CORPORATION | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Kenneth S. Wall | KELLY MOORE PAINT COMPANY, INC. | Brown McCarroll & Oaks Hartline 2727 Allen Parkway, Ste. 1300 Houston, TX 77019 | 713-529-3110 | 713-726-1846 |
| John L. Hill | METROPOLITAN LIFE INSURANCE CO. | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| Anthony Pletcher | MINNESOTA MINING & MANUFACTURING (A/K/A "3M") | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 361-883-0210 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-220-4285 |
| Peter Moir | OWENS-ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| James Powers | PITTSBURGH CORNING CORP. | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Thomas Dougall | PROKO INDUSTRIES, INC. | Bowers, Orr & Dougall, L.L.P. 8910 Two Notch Rd., Suite 400 Columbia, South Carolina 29224 | 803-788-5220 | 803-788-6767 |
| Mel Bailey | RILEY STOKER CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC 400 Woodview Tower 1349 Empire Central Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Gary Elliston | U.S. GYPSUM COMPANY | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | U.S. GYPSUM COMPANY | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Richard Caldwell | W.R. GRACE & CO.—CONN. | Mayor, Day, Caldwell & Keeton, L.L.P. 700 Louisiana, Suite 1900 Houston, Texas 77002 | 713-225-7000 | 713-225-7047 |