United States District Court
Southern District of Texas
FILED

OCT 2 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALENTIN RAMIREZ and EVA RAMIREZ; and LUIS GARCIA and GUADALUPE RAMIREZ | § § § § | CA NO. B-01-178 |
| Plaintiffs | § § § | |
| v. | § § | |
| ACandS, Inc., Defendants. | § § § | |

| | | |
|---|---|---|
| IN RE: FEDERAL-MOGUL GLOBAL, INC. Debtor | § § § § § § | Case No. 01-10578 Chapter 11 (Pending in the United States Bankruptcy Court for the District of Delaware) |

PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), and subject to their motion for remand for lack of subject matter jurisdiction, for mandatory abstention, or for discretionary abstention or equitable remand, to be filed shortly in this matter, and which will contend that no bankruptcy jurisdiction exists at all in this case, plaintiffs state that this is a non-core proceeding. Plaintiffs do not consent to the entry of final orders or judgment by a bankruptcy judge.

1

Respectfully submitted,

WATERS & KRAUS, LLP

*/s/ Charles S. Siegel*

Charles S. Siegel
State Bar No. 18341875
Peter A. Kraus
State Bar No. 18341875
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 fax

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
956-541-4982
956-541-3152 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Statement Pursuant to Bankruptcy Rule 9027 was served on all counsel of record on this 27th day of October, 2001.

*/s/ Charles S. Siegel*

Charles S. Siegel

2

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, Texas 77002
Amoco Oil Company, Rapid

Frank Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin, 33rd Floor
Houston, Texas 77010
Crown, Cork & Seal

Lisa A. Powell
Jackson Walker
1100 Louisiana, Suite 4200
Houston, Texas 77002
Able Supply Co.

Robert Wilkinson
Dogan & Wilkinson PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
Guard-Line

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Hubert Crouch
Crouch & Inabnett
2300 Fountain Place
1445 Ross Ave.
Dallas, Texas 75202
Federal Mogul, Crown Zellerbach

Donald Godwin
Godwin White & Gruber P.C.
901 Main Street
Suite 2500
Dallas, Texas 75202-3714
Brown & Root, Dresser Ind.

Jerry Kacal
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
A.C. & S., Inc

John Hill Jr.
Locke Liddell & Sapp LLP
3400 Chase Tower
600 Travis
Houston, Texas 77002-3095
Metropolitan Life Insurance Co.

Peter A. Moir
Quilling Selander Cummiskey & Lowds P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201 75201
Owens- Illinios

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

Timothy Hogan
Beirne Maynard & Parsons
1300 Post Oak Blvd.
Suite 2500
Houston, Texas 77056
Carbourndum Co./Unifrax/Indust. Holdings Corp.

Gary Elliston
DeHay & Elliston L.L.P.
3500 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
Center for Claims Resolution

Robert Bass
Forman Perry Watkins  Krutz & Tardy
Woodview Office Tower, Suite 400
1349 Empire Central Drive
Dallas, TX 75247
Uniroyal Holdings, Inc.

Gail Jenkins
Jenkins Grove & Marton
2615 Calder, Suite 500
Beaumont, TX 77720-6008
Kaiser, Fina Oil & Chemical Co.

D. Ferguson McNeil
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
NARCO

Mitchell Chaney
Rodriguez Colvin & Chaney LLP
P.O. Box 2155
Brownsville, Texas 78522
Garlock

Frank Poff
Crisp Jordan & Boyd
2301 Moores Lane
Texarkana, TX 75505-6297
Grefco

H. Daniel Spain
Spain & Hastings
3900 Two Houston Center
909 Fannin
Houston, Texas 77010
AP Green, HW

James Powers
Powers & Frost
2600 Two Houston Center
909 Fannin
Houston, Texas 77010
CCR, Pittsburgh-Corning

ClibPDF - www.fastio.com

Melissa Ferrell
Segal McCambridge Singer & Mahoney
400 West 15th Street
Suite 700
Austin, Tx 78701
GARLOCK

Laurel A. Siegert
Whittenburg Whittenburg & Schachter PC
2300 Plaza of the Americas
600 North Pearl, LB 133
Dallas, Texas 75201
Garlock

Mitchell Chaney
Rodriguez Colvin & Chaney LLP
P.O. Box 2155
Brownsville, Texas 78522
Garlock

James R. Old, Jr.
Germer Bernsen & Gertz LLP
805 Park Street
Beaumont, Texas 77701
Garlock

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Garlock

Ed Peticolas
Peticolas, Shapleigh, Brandeis, and Kerns
701 North Saint Vrain
El Paso, Texas 79902