

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALENTIN RAMIREZ and EVA RAMIREZ; and LUIS GARCIA and GUADALUPE GARCIA | § § § § | CA NO. B-01-178 |
| Plaintiffs | § § § | |
| v. | § § | |
| ACandS, Inc., Defendants. | § § | |

## MOTION TO SEVER ALL CLAIMS AGAINST BANKRUPT DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW PLAINTIFFS, and file this Motion to Sever All Claims Against Bankrupt Defendants. In support of this motion, Plaintiffs would respectfully show the Court as follows.

### I.

During the week of October 15, 2001, Defendant Garlock Inc removed this asbestos related products liability case to federal court, along with more than 80 other cases involving more than 200 clients across the state represented by Waters & Kraus LLP. Garlock, apparently, did not remove any other asbestos cases, in any jurisdiction in the nation, involving plaintiffs represented by other firms.

This case is a multi-party action in which Plaintiffs contend the Defendants are legally responsible for causing Plaintiffs' asbestos-related injuries and damages. In its brief, Garlock argued that removal was appropriate because it maintains cross-claims

against now bankrupt defendants. The majority of parties in this case have not sought bankruptcy protection.

While Garlock's putative third party claims against the debtor may have some relation to the bankruptcy proceeding, the claims between non-debtors (i.e. Plaintiffs and the solvent Defendants) have no relation to the bankruptcy proceeding. *See Pacor, Inc. v. Higgins*, 743 F.2d 984, 994-96 (3rd Cir. 1984). As announced in *Pacor, Inc.*, adopted by the Fifth Circuit in *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987), and detailed in full in Plaintiffs' Motion to Remand, federal courts lack jurisdiction over claims among non-debtors even if a non-debtor asserts a third party claim against the debtor. *See Pacor, Inc.*, 743 F.2d at 994-96. Because federal courts lack jurisdiction over the vast majority claims in this case, Plaintiffs request that the Court sever the few claims that remain against bankrupt defendants so that the disputes between non-debtor parties may be resolved quickly, and without encumbering the bankruptcy court with collateral issues it lacks jurisdiction to address.

## II.

Federal Rule of Civil Procedure 21 provides that a court may sever any claim against any party and proceed with it separately. *See* Fed. R. Civ. P. 21. Therefore, this Court has the authority to sever the claims over which it has jurisdiction from those it lacks jurisdiction to consider.

## III.

Plaintiff's counsel has conferred with counsel for Federal Mogul, Corp., and Federal Mogul Corp. is not opposed to the severance requested.

## IV.

The law of the Fifth Circuit provides that federal courts lack jurisdiction over disputes between non-debtors. By removing this case *in toto*, Garlock placed before this court claims that federal courts cannot consider. Therefore, the Court should sever all claims against the debtor from those claims between non-debtors and proceed only with those claims against the debtor. The claims between non-debtors should be remanded to state court where.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court sever all claims remaining against the bankruptcy debtor. Plaintiffs also request that the Court remand to state court the claims between non-debtors. Finally, Plaintiffs request all other relief to which they may be entitled.

Respectfully submitted,
WATERS & KRAUS, LLP

_____
Charles S. Siegel
Attorney in Charge
Federal Bar No. 15736
State Bar No. 18341875
Peter A. Kraus
State Bar No. 11712980
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 fax

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
956-541-4982
956-541-3152 fax

        Henry Simon
        Simon, Warner & Doby, LLP
        1700 City Center Tower II
        301 Commerce Street
        Fort Worth, Texas 76102
        (817) 810-5250
        (817) 810-5255 facsimile

        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2001, this document was served on counsel for the removing defendant, Garlock, Inc., via U.S. mail. It is being served the same day, or, due to the volume of copying necessitated by over 80 motions for remand and multiple related pleadings, as soon thereafter as possible, on counsel for all other defendants, by U.S. Mail.

        _____
        Charles S. Siegel

## CERTIFICATE OF CONFERENCE

On October 24, 2001, I conferred with Melissa Ferrell, counsel for the removing defendant Garlock Inc, and she stated that she Garlock is opposed to this motion. On October 23, 2001, I spoke with Paul Hanley, counsel for the debtor Federal Mogul, Corp., and he stated that Federal Mogul, Corp. is not opposed to this motion.

_____
Charles S. Siegel

Smooth Feed Sheets™

Use template for 5162®

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, Texas 77002
Amoco Oil Company, Rapid

Jerry Kacal
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
A.C. & S., Inc

Frank Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin, 33rd Floor
Houston, Texas 77010
Crown, Cork & Seal

John Hill Jr.
Locke Liddell & Sapp LLP
3400 Chase Tower
600 Travis
Houston, Texas 77002-3095
Metropolitan Life Insurance Co.

Lisa A. Powell
Jackson Walker
1100 Louisiana, Suite 4200
Houston, Texas 77002
Able Supply Co.

Peter A. Moir
Quilling Selander Cummiskey & Lowds P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201 75201
Owens- Illinios

Robert Wilkinson
Dogan & Wilkinson PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
Guard-Line

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Timothy Hogan
Beirne Maynard & Parsons
1300 Post Oak Blvd.
Suite 2500
Houston, Texas 77056
Carbourndum Co./Unifrax/Indust. Holdings Corp.

Hubert Crouch
Crouch & Inabnett
2300 Fountain Place
1445 Ross Ave.
Dallas, Texas 75202
Federal Mogule, Crown Zellerbach

Gary Elliston
DeHay & Elliston L.L.P.
3500 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
Center for Claims Resolution

Donald Godwin
Godwin White & Gruber P.C.
901 Main Street
Suite 2500
Dallas, Texas 75202-3714
Brown & Root, Dresser Ind.

Robert Bass
Forman Perry Watkins Krutz & Tardy
Woodview Office Tower, Suite 400
1349 Empire Central Drive
Dallas, TX 75247
Uniroyal Holdings, Inc.

Smooth Feed Sheets™                                               Use template for 5162®

Gail Jenkins  
Jenkins Grove & Marton  
2615 Calder, Suite 500  
Beaumont, TX 77720-6008  
Kaiser, Fina Oil & Chemical Co.

Frank Poff  
Crisp Jordan & Boyd  
2301 Moores Lane  
Texarkana, TX 75505-6297  
Grefco

D. Ferguson McNeil  
Vinson & Elkins  
2300 First City Tower  
1001 Fannin Street  
Houston, Texas 77002-6760  
NARCO

H. Daniel Spain  
Spain & Hastings  
3900 Two Houston Center  
909 Fannin  
Houston, Texas 77010  
AP Green, HW

Mitchell Chaney  
Rodriguez Colvin & Chaney LLP  
P.O. Box 2155  
Brownsville, Texas 78522  
Garlock

James Powers  
Powers & Frost  
2600 Two Houston Center  
909 Fannin  
Houston, Texas 77010  
CCR, Pittsburgh-Corning