IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 3 1 2001

| | | |
|---|---|---|
| VALENTIN RAMIREZ and EVA RAMIREZ; and LUIS GARCIA and GUADALUPE GARCIA | § § § § | CA NO. B-01-178 |
| Plaintiffs | § § § | |
| v. | § § | |
| ACandS, Inc., Defendants. | § § § | |

| | | |
|---|---|---|
| IN RE: FEDERAL-MOGUL GLOBAL, INC. Debtor | § § § § § § | Case No. 01-10578 Chapter 11 (Pending in the United States Bankruptcy Court for the District of Delaware) |

PLAINTIFFS' MOTION FOR EXPEDITED HEARING
ON THEIR MOTION FOR REMAND FOR
LACK OF SUBJECT MATTER JURISDICTION, FOR MANDATORY
ABSTENTION, OR FOR DISCRETIONARY ABSTENTION
OR EQUITABLE REMAND

This case was removed on October 19, 2001. The present removal is a transparent attempt to delay this trial. To compound the delay, defendant has asked for transfer to the District of Delaware.

As detailed in full in plaintiffs' response to the transfer motions, this Court must address plaintiffs' motion for remand first and determine the threshold challenge to federal jurisdiction. Plaintiffs thus respectfully request an expedited hearing on their motion for remand for lack of subject matter jurisdiction, for mandatory abstention, or for

1

discretionary abstention or equitable remand so that this case may be returned to the state court to allow plaintiff his day in court before he dies.

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully pray that their motion for remand, motion for lack of subject matter jurisdiction, for mandatory abstention, or for discretionary abstention or equitable remand be heard as soon as possible.

Respectfully submitted,
WATERS & KRAUS

_____
Charles S. Siegel
State Bar No. 18341875
Attorney In Charge
Federal I.D. 15736
3219 McKinney Avenue
Suite 3000
Dallas, Texas  75204
(214) 357-6244
(214) 871-2263 facsimile

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
956-541-4982
956-541-3152 fax

Henry Simon
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas  76102
(817) 810-5250
(817) 810-5255 facsimile

## CERTIFICATE OF CONFERENCE

On October 24, 2001 I spoke to Melissa Ferrell, counsel for Garlock, Inc., the removing defendant in this case, and she stated that Garlock, Inc. is opposed to this motion. Garlock's counsel did not state any specific reason for its opposition to this motion.

_____
Charles S. Siegel

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2001, this document was served on counsel for the removing defendant, Garlock, Inc., via U.S. mail. It is being served the same day, or, due to the volume of copying necessitated by over 80 motions for remand and multiple related pleadings, as soon thereafter as possible, on counsel for all other defendants, by U.S. Mail.

_____
Charles S. Siegel

3

Smooth Feed Sheets™    Use template for 5162®

Thomas W. Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, Texas 77002
Amoco Oil Company, Rapid

Frank Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin, 33rd Floor
Houston, Texas 77010
Crown, Cork & Seal

Lisa A. Powell
Jackson Walker
1100 Louisiana, Suite 4200
Houston, Texas 77002
Able Supply Co.

Robert Wilkinson
Dogan & Wilkinson PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
Guard-Line

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Hubert Crouch
Crouch & Inabnett
2300 Fountain Place
1445 Ross Ave.
Dallas, Texas 75202
Federal Mogule, Crown Zellerbach

Donald Godwin
Godwin White & Gruber P.C.
901 Main Street
Suite 2500
Dallas, Texas 75202-3714
Brown & Root, Dresser Ind.

Jerry Kacal
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
A.C. & S., Inc

John Hill Jr.
Locke Liddell & Sapp LLP
3400 Chase Tower
600 Travis
Houston, Texas 77002-3095
Metropolitan Life Insurance Co.

Peter A. Moir
Quilling Selander Cummiskey & Lowds P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201 75201
Owens- Illinios

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

Timothy Hogan
Beirne Maynard & Parsons
1300 Post Oak Blvd.
Suite 2500
Houston, Texas 77056
Carbourndum Co./Unifrax/Indust. Holdings Corp.

Gary Elliston
DeHay & Elliston L.L.P.
3500 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
Center for Claims Resolution

Robert Bass
Forman Perry Watkins Krutz & Tardy
Woodview Office Tower, Suite 400
1349 Empire Central Drive
Dallas, TX 75247
Uniroyal Holdings, Inc.

3

**Smooth Feed Sheets™**  **Use template for 5162®**

Gail Jenkins
Jenkins Grove & Marton
2615 Calder, Suite 500
Beaumont, TX 77720-6008
Kaiser, Fina Oil & Chemical Co.

Frank Poff
Crisp Jordan & Boyd
2301 Moores Lane
Texarkana, TX 75505-6297
Grefco

D. Ferguson McNeil
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
NARCO

H. Daniel Spain
Spain & Hastings
3900 Two Houston Center
909 Fannin
Houston, Texas 77010
AP Green, HW

Mitchell Chaney
Rodriguez Colvin & Chaney LLP
P.O. Box 2155
Brownsville, Texas 78522
Garlock

James Powers
Powers & Frost
2600 Two Houston Center
909 Fannin
Houston, Texas 77010
CCR, Pittsburgh-Corning

4