11

United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |
| VALENTIN RAMIREZ AND EVA RAMIREZ; LUIS GARCIA AND GUADALUPE GARCIA | § | |
| PLAINTIFFS, | § | |
| VS. | § | C.A. B-01-178 |
| ABLE SUPPLY COMPANY; AC&S, INC.; AC&S, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ARMSTRONG CONTRACTING & SUPPLY, INC.); AMOCO CORPORATION; A.P. GREEN INDUSTRIES, INC.; ARMSTRONG WORLD INDUSTRIES, INC.; ASBESTOS CLAIMS MANAGEMENT CORP. A/K/A NATIONAL GYPSUM; BABCOCK & WILCOX; BROWN & ROOT, INC.; CERTAINTEED CORPORATION; COMBUSTION ENGINEERGING, INC.; CROWN CORK & SEAL COMPANY; DRESSER INDUSTRIES, SUED INDIVIDUALLY AND AS SUCCESOR-IN-INTEREST TO HARBISON WALKER REFRACTORIES AND WORTHINGTON PUMP INC; FLINTOKE COMPANY; FOSTER WHEELER ENERGY CORPORATION; GAF CORPORATION; GARLOCK INC; GASKET HOLDING INC; GASKET HOLDING, INC. | § | |

Page 1

| | |
|---|---|
| (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.); | § |
| GENERAL REFRACTORIES COMPANY; | § |
| GEORGIA-PACIFIC CORPORATION; | § |
| GEORGIA-PACIFIC CORPORATION (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BESTWALL GYPSUM COMPANY); | § |
| GUARDLINE, INC.; | § |
| HARBISON-WALKER REFRACTORIES; | § |
| HARBISON-WALKER REFRACTORIES (FORMERLY A DIVISION OF INDRESCO INC.); | § |
| INDRESCO INC; | § |
| INDRESCO INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO HARBISON-WALKER REFRACTORIES, A DIVISION OF INDRRESCO, INC.); | § |
| J. T. THORPE COMPANY; | § |
| KAISER ALUMINUN & CHEMICAL CORPORATION; | § |
| KELLY MOORE PAINT COMPANY, INC.; | § |
| METROPOLITAN LIFE INSURANCE CO.; | § |
| MINNESOTA MINING & MANUFACTURING (A/K/A "3M"); | § |
| NORTH AMERICAN REFRACTORIES COMPANY; | § |
| OWENS-CORNING FIBERGLAS CORP.; | § |
| OWENS-ILLINOIS, INC.; | § |
| OWENS-ILLINOIS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO OWENS-ILLINOIS GLASS COMPANY); | § |
| PITTSBURGH CORNING CORP.; | § |
| PROKO INDUSTRIES, INC.; | § |
| QUIGLEY COMPANY, INC.; | § |
| RAPID-AMERICAN CORPORATION; | § |
| RILEY STOKER CORPORATION; | § |
| THE SYNKOLOID COMPANY; | § |
| T&N PLC F/K/A TURNER & NEWELL PLC; | § |
| T&N PLC SUCCESSOR IN INTEREST TO KEASBEY & MATTISON; | § |
| TURNER & NEWELL INDUSTRIES, INC. DBA UNITED GASKET CORP; | § |
| TURNER NEWELL, LTD. D/B/A UNITED FABRICATED; | § |

Page 2

| | |
|---|---|
| UNIROYAL HOLDING, INC. <br> (SUED INDIVIDUALLY AND <br> AS SUCCESSOR-IN-INTEREST <br> TO U.S. RUBBER COMPANY; <br> U.S. GYPSUM COMPANY; <br> U.S. MINERAL PRODUCTS COMPANY; <br> W.R. GRACE & CO.—CONN.; <br> W.R. GRACE & CO.—CONN. <br> (SUED INDIVIDUALLY AND <br> AS SUCCESSOR-IN-INTEREST TO <br> W.R. GRACE & COMPANY) <br>       DEFENDANTS. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## SUPPLEMENT TO
## APPLICATION AND NOTICE OF REMOVAL
## FILED BY DEFENDANT GARLOCK INC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now Comes GARLOCK INC the Removing Defendants and one of the Defendants in the case being removed (herein "GARLOCK"), and files this Supplement to its Application and Notice of Removal of the currently pending case: *Cause No. 98-10-04083-E; Valentin Ramirez and Eva Ramirez; Luis Garcia and Guadalupe Garcia vs. Able Supply Company, et al.; In the 404th Judicial District Court of Cameron County, Texas*, (herein the "Removed Case").

    1.    The Removal Application lists and identifies, in accordance with the Rules of this Court, each party to this suit. Included therein are the Debtor(s) Defendants along with all required information.

    2.    The Delaware District Court has entered an order consolidating a large number of independently filed but affiliated Chapter 11 case (including the Debtor-Defendants in this case) and require that the parties use only the style above of Federal-Mogul.

Page 3

3. As a result of the two pleadings, it may not be readily evident to the Court, although the parties would know, which named Defendants are debtors in pending Chapter 11 proceedings. Accordingly this Supplement is to specify the named Defendants who are debtors under the administratively consolidated Federal-Mogul style:

Gasket Holdings Inc., Chapter 11, Case No. 01-10684; T&N Plc F/K/A Turner & Newell Plc, Chapter 11, Case No. Unknown; T&N Plc Successor In Interest To Keasbey & Mattison, Chapter 11, Case No. Unknown; Turner & Newell Industries, Inc, Dba United Gasket Corp, Chapter 11, Case No. Unknown, as shown on Exhibit "1"

4. Attached hereto as Exhibit "1" and incorporated herein by reference is the consolidation order entered in *In Re Federal Mogul* specifying the other Debtor-entities which are administratively consolidated under the heading and docket number of *In re Federal Mogul* (Exhibit "1" omits unrelated pages dealing with numerous other affiliated debtors).

5. The Defendant Garlock (and most, if not all, other co-defendants) have cross-actions in this case against the Defendant-Debtor(s) named above and the Debtor has cross-actions against Removing Defendant and others in this suit.

WHEREFORE, PREMISES CONSIDERED, GARLOCK INC prays that this Supplement be made a part of the Application in this Removed Case and be docketed pursuant to 28 U.S.C. §§ 157(b)(5), 1441, 1452(a), and Rule 9027, Rules of Bankruptcy Procedure and the Local Rules and that this Court assume jurisdiction of this case for the purposes of 28 U.S.C. §

Page 4

157(B)(5), and that Removing Defendant have such other and further relief, at law or in equity to which it may show itself to be justly entitled.

          Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

Page 5

## CERTIFICATE OF SERVICE

      I, Teri L. Danish, hereby certify that a true and correct copy of the Supplement to Application and Notice of Removal Filed by Garock Inc, without exhibits, was served by First Class Mail, on all counsel of record as listed on the attached Exhibit "1,", this 1st day of November, 2001:

_/s/ Teri L. Danish_
Teri L. Danish

# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>   FEDERAL-MOGUL GLOBAL INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 01-10578 (___) |
| In re<br><br>   T&N LIMITED,<br><br>        Debtor. | Chapter 11<br><br>Case No. 01-10580 (___) |
| In re<br><br>   CARTER AUTOMOTIVE COMPANY, INC., ✓<br><br>        Debtor. | Chapter 11<br><br>Case No. 01-10585 (___) |
| In re<br><br>   FEDERAL-MOGUL CORPORATION, ✓<br><br>        Debtor. | Chapter 11<br><br>Case No. 01-10582 (___) |

DOCS_DE:31300.2

1

# EXHIBIT "1"

| | |
|---|---|
| In re<br><br>FELT PRODUCTS MANUFACTURING CO.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-10657 (___) |
| In re<br><br>FM INTERNATIONAL LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-10665 (___) |
| In re<br><br>FERODO AMERICA, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-10673 (___) |
| In re<br><br>GASKET HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-10684 (___) |
| In re<br><br>J.W.J. HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-10685 (___) |

5

| | |
|---|---|
| In re<br><br>WELLWORTHY PROPERTY<br>DEVELOPMENTS LIMITED,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-10773 (___) |

| | |
|---|---|
| In re<br><br>WILLIAM C. JONES (POLYMERS)<br>LIMITED,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-10719 (___) |

## ORDER DIRECTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors")[1] for entry of an order directing the joint administration

---

[1] The U.S. Debtors are Carter Automotive Company, Inc., Federal-Mogul Corporation, Federal-Mogul Dutch Holdings Inc., Federal-Mogul FX, Inc., Federal-Mogul Global Inc., Federal-Mogul Global Properties, Inc., Federal-Mogul Ignition Company, Federal-Mogul Mystic, Inc., Federal-Mogul Piston Rings, Inc., Federal-Mogul Powertrain, Inc., Federal-Mogul Products, Inc., Federal-Mogul Puerto Rico, Inc., Federal-Mogul Tri-Way, Inc., Federal-Mogul U.K. Holdings, Inc., Federal-Mogul Venture Corporation, Federal-Mogul World Wide, Inc., Felt Products Manufacturing Co., FM International LLC, Ferodo America, Inc., Gasket Holdings Inc., J.W.J. Holdings, Inc., McCord Sealing, Inc., and T&N Industries Inc.

The English Debtors are AE Dayton Services Limited, AE Group Machines Limited, AE Holdings Limited, AE International Limited, AE Limited, AE Piston Products Limited, AE Sales (Africa) Limited, Aeroplane & Motor Aluminium Castings Limited, Amber Supervision Limited, Ashburton Road Services Limited, Associated Engineering Group Limited, Awncast Limited, Bearings (North-Western) Limited, Brake Linings Limited, Colvan Rubber Co. Limited, Contact 100 Limited, Cosmid Limited, Cranhold Limited, Dealings Limited, Dumplington Services Limited, Duron Limited, E W Engineering Limited, Edmunds, Walker & Co. Limited, Engineering Components Limited, Federal-Mogul Acquisition Company Limited, Federal-Mogul Aftermarket UK Limited, Federal-Mogul Bradford Limited, Federal-Mogul Brake Systems Limited, Federal-Mogul Bridgwater Limited, Federal-Mogul Camshaft Castings Limited, Federal-Mogul Camshafts Limited, Federal-Mogul Engineering Limited, Federal-Mogul Eurofriction Limited, Federal-Mogul Export Services Limited, Federal-Mogul Friction Products Limited, Federal-Mogul Global Growth Limited, Federal-Mogul Ignition (U.K.) Limited, Federal-Mogul

35

of the Chapter 11 Cases[2]; and upon consideration of the Motion and all responses thereto, and the Affidavit of David M. Sherbin, Vice President, Deputy General Counsel and Secretary of Federal-Mogul, in Support of First Day Motions; and due and proper notice of the Motion having been given under the circumstances; and it appearing that this is a core proceeding under 28 U.S.C. § 157(a); and it appearing the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; and it appearing that joint administration of the Chapter 11 Cases is appropriate pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1; and it appearing that the relief requested is in the best interests of the Debtors, their estates and creditors, it is hereby

ORDERED, that the Motion is granted; and it is further

---

Powertrain Systems International Limited, Federal-Mogul Sealing Systems (Cardiff) Limited, Federal-Mogul Sealing Systems (Rochdale) Limited, Federal-Mogul Sealing Systems (Slough) Limited, Federal-Mogul Sealing Systems Limited, Federal-Mogul Shoreham Limited, Federal-Mogul Sintered Products Limited, Federal-Mogul Systems Protection Group Limited, Federal-Mogul Technology Limited, Federal-Mogul U.K. Limited, Ferodo Caernarfon Limited, Ferodo Limited, FHE Technology Limited, Fleetside Investments Limited, F-M UK Holding Limited, FP Diesel Limited, Friction Materials Limited, G.B. Tools & Components Exports Limited, Genthope Limited, Greet Limited, Halls Gaskets Limited, Hepworth & Grandage Limited, High Precision Equipment Limited, Inblot Limited, Instantwonder Limited, J.W. Roberts Limited, Kings Park Housing Limited, Lalton Limited, Lanoth Limited, Lanoth Precision Equipment Limited, Leeds Piston Ring & Engineering Co. Limited, M.T.A. (Kettering) Limited, Mantro Engineering Co. Limited, Mobile Distributing (Spares) Limited, Moores Plastic Units Limited, Newalls Insulation Company Limited, Ontall Limited, Payen (Europe) Limited, Pecal Limited, Presswork-Components Limited, Sintration Limited, Sourcelook Limited, Specialloid, Limited, STS (1996) Limited, TAF International Limited, T&N Holdings Limited, T&N International Limited, T&N Investments Limited, T&N Limited, T&N Materials Research Limited, T&N Piston Products Group Limited, T&N Properties Limited, T&N Shelf Eight Limited, T&N Shelf Eighteen Limited, T&N Shelf Fifteen Limited, T&N Shelf Five Limited, T&N Shelf Four Limited, T&N Shelf Fourteen Limited, T&N Shelf Nine Limited, T&N Shelf Nineteen Limited, T&N Shelf One Limited, T&N Shelf Seven Limited, T&N Shelf Six Limited, T&N Shelf Sixteen Limited, T&N Shelf Ten Limited, T&N Shelf Thirteen Limited, T&N Shelf Thirty Limited, T&N Shelf Thirty-One Limited, T&N Shelf Thirty-Three Limited, T&N Shelf Three Limited, T&N Shelf Twenty Limited, T&N Shelf Twenty-Eight Limited, T&N Shelf Twenty-Five Limited, T&N Shelf Twenty-Four Limited, T&N Shelf Twenty-Nine Limited, T&N Shelf Twenty-One Limited, T&N Shelf Twenty-Six Limited, T&N Shelf Twenty-Two Limited, T&N Shelf Two Limited, T&N Trade Marks Limited, T&N Welfare Trust Limited, TBA Belting Limited, TBA Belting (Residual) Limited, TBA Industrial Products Limited, Telford Rubber Processors Limited, Telford Technology Supplies Limited, The British Piston Ring Company Limited, The Washington Chemical Company Limited, Tinblo Limited, Touchdown Adhesive Products Limited, Turner & Newall Limited, Turner Brothers Asbestos Company Limited, Tynoda Limited, Vanwall Cars Limited, Wellworthy Limited, Wellworthy Property Developments Limited, and William C. Jones (Polymers) Limited. Unlike all the other English Debtors, T&N Investments Limited is a Scottish rather than English company and has not concurrently sought to commence administration proceedings in England.

[2]      Capitalized terms not otherwise defined herein have the meanings given them in the Motion.

ORDERED, that the Chapter 11 Cases shall be, and hereby are, consolidated for procedural purposes only and shall be administered jointly by the Court; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases; and it is further

ORDERED, that the Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket shall be the file and docket for Federal-Mogul Global, Inc.; and it is further

ORDERED, that pleadings in the Chapter 11 Cases shall bear a caption in the form of the joint administration caption set forth on Exhibit "A" attached hereto and incorporated herein by reference, which caption is approved in all respects, provided, however that only the Debtors shall be required to insert the footnote listing all Debtors in these cases in the caption;

ORDERED, that separate docket entries shall be made on the dockets of each of the Chapter 11 Cases (other than Federal-Mogul Global, Inc.), substantially as follows:

"An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Federal-Mogul Global Inc. and its affiliates that have concurrently commenced chapter 11 cases. The docket in the case of Federal-Mogul Global Inc., Case No. 01-10578 (____) should be consulted for all matters affecting this case."

Dated: _____ 10/4 , 2001

_____
The Honorable Sue L. Robinson

37

DOCS_DE:31300.2

# *RAMIREZ SERVICE LIST*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Gary Elliston | A.P. GREEN INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Daniel Spain | A.P. GREEN INDUSTRIES, INC. | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Gary Elliston | ARMSTRONG WORLD INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | ARMSTRONG WORLD INDUSTRIES, INC. | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| Mary Lou Mauro | CERTAINTEED CORPORATION | Galloway, Johnson, Tompkins & Burr<br>3555 Timmons, Suite 1225<br>Houston, Texas 77027 | 713-599-0700 | 713-355-7600 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY | Crain Caton & James<br>3300 Two Houston Center<br>909 Fannin, 33rd Floor<br>Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gene Williams | GAF CORPORATION | Mehaffey & Weber<br>2615 Calder Avenue, Suite 800<br>P.O. Box 16<br>Beaumont, Texas 77704 | 409-835-5011 | 409-835-5729 |
| Eduardo Rodriguez<br>Mitchell C. Chaney<br>Teri L. Danish | GARLOCK INC | Rodriguez, Colvin & Chaney, L.L.P<br>1201 E. Van Buren<br>P.O. Box 2155<br>Brownsville, Texas 78522 | 956-542-7441 | 956-541-2170 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P.<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Mel Bailey | GEORGIA-PACIFIC CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Daniel Spain | HARBISON-WALKER REFRACTORIES | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| W. Miller Thomas | J. T. THORPE COMPANY | Fairchild, Price, Thomas, Haley & Willingham<br>413 Shelbyville Street<br>Center, Texas 75935 | 936-598-2981 | 936-598-7712 |
| Gail Jenkins | KAISER ALUMINUN & CHEMICAL CORPORATION | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |

RAMIREZ SERVICE LIST                                                                                          PAGE 2

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Kenneth S. Wall | KELLY MOORE PAINT COMPANY, INC. | Brown McCarroll & Oaks Hartline 2727 Allen Parkway, Ste. 1300 Houston, TX 77019 | 713-529-3110 | 713-726-1846 |
| John L. Hill | METROPOLITAN LIFE INSURANCE CO. | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| Anthony Pletcher | MINNESOTA MINING & MANUFACTURING (A/K/A "3M") | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 361-883-0210 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-220-4285 |
| Peter Moir | OWENS-ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| James Powers | PITTSBURGH CORNING CORP. | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Thomas Dougall | PROKO INDUSTRIES, INC. | Bowers, Orr & Dougall, L.L.P. 8910 Two Notch Rd., Suite 400 Columbia, South Carolina 29224 | 803-788-5220 | 803-788-6767 |
| Mel Bailey | RILEY STOKER CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC 400 Woodview Tower 1349 Empire Central Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Gary Elliston | U.S. GYPSUM COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | U.S. GYPSUM COMPANY | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Richard Caldwell | W.R. GRACE & CO.—CONN. | Mayor, Day, Caldwell & Keeton, L.L.P.<br>700 Louisiana, Suite 1900<br>Houston, Texas 77002 | 713-225-7000 | 713-225-7047 |