IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHREN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALENTIN RAMIREZ and | § | C.A. No. B-01-178 |
| EVA RAMIREZ; LUIS GARCIA | § | |
| and GUADALUPE GARCIA | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| ABLE SUPPLY CO., et al | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| IN RE: | § | Case No. 01-10578 |
| FEDERAL-MOGUL GLOBAL, INC. | § | Chapter 11 |
| Debtor | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| | § | District of Delaware) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Come now plaintiffs in the above action and, pursuant to FED. R. CIV. PROC. 41(a) file this notice of voluntary dismissal with prejudice of any and all claims as to Gasket Holding, Inc. (sued individually and as successor-in-interest to Flexitallic Gasket Co.); T&N plc f/k/a Turner & Newell plc; T&N plc successor in interest to Keasbey & Mattison; Turner & Newell Industries, Inc. d/b/a United Gasket Corp., and Turner & Newell, Ltd. d/b/a United Fabricated.

This notice specifically applies to claims asserted in this lawsuit, and to any and all claims that could have been asserted in Gasket Holding, Inc. (sued individually and as successor-in-interest to Flexitallic Gasket Co.); T&N plc f/k/a Turner & Newell plc; T&N plc successor in interest to Keasbey & Mattison; Turner & Newell Industries, Inc. d/b/a United Gasket Corp., and Turner & Newell, Ltd. d/b/a United Fabricated reorganization proceedings.

1

As reflected in the certificate of conference below, counsel does not oppose this dismissal, and specifically waives any possible application of the automatic stay provided under 11 U.S.C. § 362, so as to allow plaintiffs to effect this dismissal.

Respectfully submitted,
WATERS & KRAUS, LLP

_____
Charles S. Siegel
Attorney in Charge
Federal Bar No. 15736
State Bar No. 18341875
Peter A. Kraus
State Bar No. 11712980
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax

Frank Costilla
The Law Offices of Frank Costilla
State Bar No. 04856500
5 East Elizabeth St.
Brownsville, Texas 78520
(956) 541-4982
(956) 541-3152 Fax

Henry Simon
Simon, Warner & Doby, LLP
State Bar No. 18394000
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102
(817) 810-5250
(817) 810-5255 Fax

## CERTIFICATE OF CONFERENCE

On October 24, 2001, I spoke with Paul Hanley, counsel for the debtor Federal Mogul, Corp., and he stated that Federal Mogul, Corp. is not opposed to this dismissal and waives any possible application of the automatic stay provided under 11 U.S.C. § 362 in this regard.

_____
Charles S. Siegel

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, this document was served on counsel for the removing defendant, Garlock, Inc., via U.S. mail. It is being served the same day, or, due to the volume of copying necessitated by over 80 motions for remand and multiple related pleadings, as soon thereafter as possible, on counsel for all other defendants, by U.S. Mail.

_____
Charles S. Siegel