United States District Court
Southern District of Texas
FILED

NOV 0 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

---

| | | |
|---|---|---|
| VALENTIN RAMIREZ AND EVA | § | |
| RAMIREZ; LUIS GARCIA AND | § | |
| GUADALUPE GARCIA | § | |
|     PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-178 |
| | § | |
| ABLE SUPPLY COMPANY; | § | |
| AC&S, INC.; | § | |
| AC&S, INC. (SUED INDIVIDUALLY AND | § | |
| AS SUCCESSOR-IN-INTEREST TO | § | |
| ARMSTRONG CONTRACTING | § | |
| & SUPPLY, INC.); | § | |
| AMOCO CORPORATION; | § | |
| A.P. GREEN INDUSTRIES, INC.; | § | |
| ARMSTRONG WORLD INDUSTRIES, INC.; | § | |
| ASBESTOS CLAIMS MANAGEMENT | § | |
| CORP. A/K/A NATIONAL GYPSUM; | § | |
| BABCOCK & WILCOX; | § | |
| BROWN & ROOT, INC.; | § | |
| CERTAINTEED CORPORATION; | § | |
| COMBUSTION ENGINEERGING, INC.; | § | |
| CROWN CORK & SEAL COMPANY; | § | |
| DRESSER INDUSTRIES, SUED | § | |
| INDIVIDUALLY AND AS SUCCESOR- | § | |
| IN-INTEREST TO HARBISON WALKER | § | |
| REFRACTORIES AND WORTHINGTON | § | |
| PUMP INC; | § | |
| FLINTOKE COMPANY; | § | |
| FOSTER WHEELER ENERGY | § | |
| CORPORATION; | § | |
| GAF CORPORATION; | § | |
| GARLOCK INC; | § | |
| GASKET HOLDING INC; | § | |
| GASKET HOLDING, INC. | § | |

| | |
|---|---|
| (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.); | § § § |
| GENERAL REFRACTORIES COMPANY; | § |
| GEORGIA-PACIFIC CORPORATION; | § |
| GEORGIA-PACIFIC CORPORATION (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BESTWALL GYPSUM COMPANY); | § § § § |
| GUARDLINE, INC.; | § |
| HARBISON-WALKER REFRACTORIES; | § |
| HARBISON-WALKER REFRACTORIES (FORMERLY A DIVISION OF INDRESCO INC.); | § § § |
| INDRESCO INC; | § |
| INDRESCO INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO HARBISON-WALKER REFRACTORIES, A DIVISION OF INDRRESCO, INC.); | § § § § |
| J. T. THORPE COMPANY; | § |
| KAISER ALUMINUN & CHEMICAL CORPORATION; | § § |
| KELLY MOORE PAINT COMPANY, INC.; | § § |
| METROPOLITAN LIFE INSURANCE CO.; | § § |
| MINNESOTA MINING & MANUFACTURING (A/K/A "3M"); | § § |
| NORTH AMERICAN REFRACTORIES COMPANY; | § § |
| OWENS-CORNING FIBERGLAS CORP.; | § |
| OWENS-ILLINOIS, INC.; | § |
| OWENS-ILLINOIS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO OWENS-ILLINOIS GLASS COMPANY); | § § § § |
| PITTSBURGH CORNING CORP.; | § |
| PROKO INDUSTRIES, INC.; | § |
| QUIGLEY COMPANY, INC.; | § |
| RAPID-AMERICAN CORPORATION; | § |
| RILEY STOKER CORPORATION; | § |
| THE SYNKOLOID COMPANY; | § |
| T&N PLC F/K/A TURNER & NEWELL PLC; | § |
| T&N PLC SUCCESSOR IN INTEREST TO KEASBEY & MATTISON; | § § |
| TURNER & NEWELL INDUSTRIES, INC. DBA UNITED GASKET CORP; | § § |
| TURNER NEWELL, LTD. D/B/A UNITED FABRICATED; | § § |

UNIROYAL HOLDING, INC. §
(SUED INDIVIDUALLY AND §
AS SUCCESSOR-IN-INTEREST §
TO U.S. RUBBER COMPANY; §
U.S. GYPSUM COMPANY; §
U.S. MINERAL PRODUCTS COMPANY; §
W.R. GRACE & CO.—CONN.; §
W.R. GRACE & CO.—CONN. §
(SUED INDIVIDUALLY AND §
AS SUCCESSOR-IN-INTEREST TO §
W.R. GRACE & COMPANY) §
      DEFENDANTS.

# DEFENDANT GARLOCK INC'S
# CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Defendant Garlock Inc. hereby files this Certificate of Financially Interested Persons and states that it is currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

> Plaintiff Valentin Ramirez and Eva Ramirez;
> Luis Garcia and Guadalupe Garcia
>
> Goodrich Corporation, and certain subsidiaries
> including Garlock, Inc

Defendant is unaware of any other financially interested persons at this time.

Respectfully submitted,

_____
Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

_____
Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

## CERTIFICATE OF SERVICE

I, Mitchell C. Chaney, hereby certify that a true and correct copy of foregoing document was served by First Class Mail, on all counsel of record as listed on the attached service list this 5th day of November, 2001:

_____
Mitchell C. Chaney

# *RAMIREZ SERVICE LIST*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P. 1100 Louisiana, Suite 4200 Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Gary Elliston | A.P. GREEN INDUSTRIES, INC. | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Daniel Spain | A.P. GREEN INDUSTRIES, INC. | Spain & Hastings Two Houston Center 909 Fannin Street Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Gary Elliston | ARMSTRONG WORLD INDUSTRIES, INC. | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | ARMSTRONG WORLD INDUSTRIES, INC. | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| Mary Lou Mauro | CERTAINTEED CORPORATION | Galloway, Johnson, Tompkins & Burr 3555 Timmons, Suite 1225 Houston, Texas 77027 | 713-599-0700 | 713-355-7600 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY | Crain Caton & James 3300 Two Houston Center 909 Fannin, 33rd Floor Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gene Williams | GAF CORPORATION | Mehaffey & Weber<br>2615 Calder Avenue, Suite 800<br>P.O. Box 16<br>Beaumont, Texas 77704 | 409-835-5011 | 409-835-5729 |
| Eduardo Rodriguez<br>Mitchell C. Chaney<br>Teri L. Danish | GARLOCK INC | Rodriguez, Colvin & Chaney, L.L.P<br>1201 E. Van Buren<br>P.O. Box 2155<br>Brownsville, Texas 78522 | 956-542-7441 | 956-541-2170 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P.<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Mel Bailey | GEORGIA-PACIFIC CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Daniel Spain | HARBISON-WALKER REFRACTORIES | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| W. Miller Thomas | J. T. THORPE COMPANY | Fairchild, Price, Thomas, Haley & Willingham<br>413 Shelbyville Street<br>Center, Texas 75935 | 936-598-2981 | 936-598-7712 |
| Gail Jenkins | KAISER ALUMINUN & CHEMICAL CORPORATION | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Kenneth S. Wall | KELLY MOORE PAINT COMPANY, INC. | Brown McCarroll & Oaks Hartline<br>2727 Allen Parkway, Ste. 1300<br>Houston, TX 77019 | 713-529-3110 | 713-726-1846 |
| John L. Hill | METROPOLITAN LIFE INSURANCE CO. | Locke, Liddell<br>600 Travis St., Suite 3400<br>Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| Anthony Pletcher | MINNESOTA MINING & MANUFACTURING (A/K/A "3M") | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500<br>Fort Worth, TX 76102 | 817-820-0343 | 361-883-0210 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin<br>Houston, Texas 77002-6760 | 713-758-3882<br>713-758-2222 | 713-220-4285 |
| Peter Moir | OWENS-ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| James Powers | PITTSBURGH CORNING CORP. | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Thomas Dougall | PROKO INDUSTRIES, INC. | Bowers, Orr & Dougall, L.L.P.<br>8910 Two Notch Rd., Suite 400<br>Columbia, South Carolina 29224 | 803-788-5220 | 803-788-6767 |
| Mel Bailey | RILEY STOKER CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

RAMIREZ SERVICE LIST                                                                PAGE 3

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Gary Elliston | U.S. GYPSUM COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | U.S. GYPSUM COMPANY | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Richard Caldwell | W.R. GRACE & CO.—CONN. | Mayor, Day, Caldwell & Keeton, L.L.P.<br>700 Louisiana, Suite 1900<br>Houston, Texas 77002 | 713-225-7000 | 713-225-7047 |

*RAMIREZ SERVICE LIST*                                        *PAGE 4*