IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALENTIN RAMIREZ and | § | C.A. No. B-01-178 |
| EVA RAMIREZ; LUIS GARCIA | § | |
| and GUADALUPE GARCIA | § | |
| Plaintiffs | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| ABLE SUPPLY CO., et al | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| IN RE: | § | Case No. 01-10578 |
| FEDERAL-MOGUL GLOBAL, INC. | § | Chapter 11 |
| Debtor | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| | § | District of Delaware) |

## PLAINTIFFS' CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Plaintiff hereby files this certificate of interested persons and states that it is currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

1. Plaintiffs in the above styled case;

2. Garlock, Inc.; and

3. All other non-bankrupt defendants remaining in the case.

Plaintiff is unaware of any other financially interested persons at this time.

1

Respectfully submitted,
WATERS & KRAUS

_____
Charles S. Siegel
Attorney-in-Charge
State Bar No. 18341875
Federal ID No. 15736
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 facsimile

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520

Henry Simon
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102
(817) 810-5250
(817) 810-5255 facsimile

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2001, this document was served on counsel for the removing defendant, Garlock, Inc., via U.S. mail. It is being served the same day, or, due to the volume of copying necessitated by over 80 motions for remand and multiple related pleadings, as soon thereafter as possible, on counsel for all other defendants, by U.S. Mail.

_____
Charles S. Siegel

2