

/

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

| | | |
|---|---|---|
| VALENTIN RAMIREZ AND EVA RAMIREZ; LUIS GARCIA AND GUADALUPE GARCIA | § § § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-178 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY, ET AL DEFENDANTS, | § § | |

## SUPPLEMENT TO
## APPLICATION AND NOTICE OF REMOVAL
## FILED BY DEFENDANT GARLOCK INC
## TO ADD ADDITIONAL STATE COURT PLEADINGS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now Comes GARLOCK INC the Removing Defendant and one of the Co-Defendants in the case being removed (herein "GARLOCK"), and files this Supplement to its Application and Notice of Removal as follows:

1. On October 19, 2001 Garlock filed its Application and Notice of Removal and indicated it would promptly, and, from time to time, supplement the removal with all

Page 1

such pleadings or other matters which may not have been reasonably available at the time of removal.

2. Pursuant to Local Rule 81, attached hereto is an index of the matters being filed and photocopies of additional state court pleadings which were not available at the time of removal.

WHEREFORE, PREMISES CONSIDERED, GARLOCK INC prays that this Supplement be made a part of the Application in this Removed Case and be docketed pursuant to 28 U.S.C. §§ 157(b)(5), 1441, 1452(a), and Rule 9027, Rules of Bankruptcy Procedure and the Local Rules and that this Court assume jurisdiction of this case for the purposes of 28 U.S.C. § 157(B)(5), and that Removing Defendant have such other and further relief, at law or in equity to which it may show itself to be justly entitled.

Respectfully submitted,

*/s/ Teri L. Danish*

Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

*/s/ Shelby A. Jordan*

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

Page 3

## CERTIFICATE OF CONFERENCE

I, Teri L. Danish, hereby certify that on November 2, 2001, Melissa Ferrell, one of the counsel for Garlock Inc, telephoned Charles Siegel, counsel for the Plaintiffs, and Mr. Siegel, on behalf of all of the Plaintiffs, indicated that he will not oppose the relief requested by Garlock Inc herein. Accordingly, a hearing will not be necessary.

_Teri L. Danish_
Teri L. Danish

## CERTIFICATE OF SERVICE

I, Teri L. Danish, hereby certify that a true and correct copy of foregoing document was served by facsimile and U.S. mail on November <u>13th</u> , 2001 on Peter Kraus, counsel for Plaintiffs. It is being served the same day or as soon thereafter as possible on all counsel of record, by U.S. mail.

_Teri L. Danish_
Teri L. Danish

# *RAMIREZ SERVICE LIST*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Gary Elliston | A.P. GREEN INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Daniel Spain | A.P. GREEN INDUSTRIES, INC. | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Gary Elliston | ARMSTRONG WORLD INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | ARMSTRONG WORLD INDUSTRIES, INC. | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| Mary Lou Mauro | CERTAINTEED CORPORATION | Galloway, Johnson, Tompkins & Burr<br>3555 Timmons, Suite 1225<br>Houston, Texas 77027 | 713-599-0700 | 713-355-7600 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY | Crain Caton & James<br>3300 Two Houston Center<br>909 Fannin, 33rd Floor<br>Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gene Williams | GAF CORPORATION | Mehaffey & Weber<br>2615 Calder Avenue, Suite 800<br>P.O. Box 16<br>Beaumont, Texas 77704 | 409-835-5011 | 409-835-5729 |
| Eduardo Rodriguez<br>Mitchell C. Chaney<br>Teri L. Danish | GARLOCK INC | Rodriguez, Colvin & Chaney, L.L.P<br>1201 E. Van Buren<br>P.O. Box 2155<br>Brownsville, Texas 78522 | 956-542-7441 | 956-541-2170 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P.<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Mel Bailey | GEORGIA-PACIFIC CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Daniel Spain | HARBISON-WALKER REFRACTORIES | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| W. Miller Thomas | J. T. THORPE COMPANY | Fairchild, Price, Thomas, Haley & Willingham<br>413 Shelbyville Street<br>Center, Texas 75935 | 936-598-2981 | 936-598-7712 |
| Gail Jenkins | KAISER ALUMINUN & CHEMICAL CORPORATION | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Kenneth S. Wall | KELLY MOORE PAINT COMPANY, INC. | Brown McCarroll & Oaks Hartline<br>2727 Allen Parkway, Ste. 1300<br>Houston, TX 77019 | 713-529-3110 | 713-726-1846 |
| John L. Hill | METROPOLITAN LIFE INSURANCE CO. | Locke, Liddell<br>600 Travis St., Suite 3400<br>Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| Anthony Pletcher | MINNESOTA MINING & MANUFACTURING (A/K/A "3M") | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500<br>Fort Worth, TX 76102 | 817-820-0343 | 361-883-0210 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin<br>Houston, Texas 77002-6760 | 713-758-3882<br>713-758-2222 | 713-220-4285 |
| Peter Moir | OWENS-ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| James Powers | PITTSBURGH CORNING CORP. | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Thomas Dougall | PROKO INDUSTRIES, INC. | Bowers, Orr & Dougall, L.L.P.<br>8910 Two Notch Rd., Suite 400<br>Columbia, South Carolina 29224 | 803-788-5220 | 803-788-6767 |
| Mel Bailey | RILEY STOKER CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Gary Elliston | U.S. GYPSUM COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| James Powers | U.S. GYPSUM COMPANY | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Richard Caldwell | W.R. GRACE & CO.—CONN. | Mayor, Day, Caldwell & Keeton, L.L.P.<br>700 Louisiana, Suite 1900<br>Houston, Texas 77002 | 713-225-7000 | 713-225-7047 |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |
| ------------------------------- | | ------------------------------- |
| VALENTIN RAMIREZ AND EVA RAMIREZ; LUIS GARCIA AND GUADALUPE GARCIA | § § § | |
| PLAINTIFFS, | § § | |
| VS. | § | C.A. B-01-178 |
| | § § § | |
| ABLE SUPPLY COMPANY, ET AL | § | |
| DEFENDANTS, | § | |

## **INDEX OF DEFENDANT'S PLEADINGS**

1. AC&S ,INC'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

2. AMOCO CORPORATION'S MOTION TO TRANSFER VENUE AND SUBJECT THERTO, ORIGAINAL ANSWER TO PLANTIFFS' CONSOLIDATED AMENDED PETITION

3. AMOCO CORPORATION'S FIRST AMENDED ORIGINAL ANSER, SUBJECT TO ITS PREVIOUSLY FILED MOTION TO TRANSFER VENUE

4. ARMSTRONG WORLD INDUSTRIES, INC., AND A.P. GREEN INDUSTRIES, INC.'S ANSWER TO PLAINTIFFS' ORIGINAL PETITION

5. ARMSTRONG WORLD INDURSTRIES INC. AND SIX OTHERS NOTICE OF NON-SUIT BY PLAINTIFFS'

6. NOTICE OF NON-SUIT BY PLAINTIFF'S AS PER ARMSTONG WORLD INDUSTRIES AND ASBESTOS CLAIMS MAANAGEMENT CORP.

7. ASBESTOS CLAIMS MANAGEMENT CORPORATOIN F/K/A NATIONAL GYPSUM COMPANY'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION

8. BABCOCK AND WILCOX'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

9. BROWN & ROOT INC'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Page 1

10. BROWN & ROOT INC'S ANSWER TO PLAINTIFF'S FIRST AMENDED PETITION

11. BROWN & ROOT INC'S ANSWER TO PLAINTIFF'S SECOND AMENDED PETITION

12. BROWN & ROOT INC'S ANSWER TO PLAINTIFF'S CONSOLIDATED AMENDED AMENDED PETITION

13. AGREED ORDER OF NON-SUIT AS PER DEFENDANT BROWN & ROOT, INC. ONLY

14. BUILDING MATERIALS OF AMERICA'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

15. BUILDING MATERIALS OF AMERICA'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

16. CERTAINTEED CORPORATION AND QUIGLEY'S CONSOLIDATED ORIGINAL PETITION

17. PLAINTIFF'S NOTICE OF NON-SUIT AS OF T&N, PLC AND TWO OTHERS

18. COMBUSTION ENGINEERING, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

19. COMBUSTION ENGINEERING, INC.'S FIRST AMENDED ANSWER

20. CROWN CORK & SEAL COMPANY, INC'S ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONS AND CROSS-ACTION

21. DRESSER INDUSTRIES, INC.'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

22. DRESSER INDUSTRIES, INC.'S SECOND AMENDED ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PETITION AND JURY DEMAND

23. DRESSER INDUSTRIES, INC.'S AMENDED ANSWER TO PLAINTIFFS' MOST RECENT PETITION AND JURY DEMAND

24. DRESSER INDUSTRIES, INC.'S AMENDED ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PETITION AND JURY DEMAND

25. THE FLINTOKE COMPANY AND MOTION TO TRANSFER AND ORIGINAL ANSWER SUBJECT THERETO

26. MOTION FOR NON-SUIT OF THE FLINTOKE COMPANY WITHOUGHT PREJUDICE AS TO ALL PLAINTIFFS

27. THE FLINTOKE COMPANY'S ORDER OF DISMISSAL

28. FOSTER WHEELER ENERGY CORPORATION'S ORIGINAL ANSWER SUBJECT TO MOITON TO TRANSFER VENUE

29. NOTICE OF NON-SUIT OF DEFENDANT FOSTER WHEELER

30. GAF BUILDING MATERIALS CORPORATION'S MOITION TO TRANSFER VENUE AND SUBJECT THERETO, MOTION TO DISMISS, OBJECTION TO JOINDER, AND ORIGINAL ANSWER

31. GAF BUILDING MATERIALS MOTION TO TRANSFER VENUE AND SUBJECT THERETO MOTION TO DISMISS AND ORIGINAL ANSWER

32. GASKET HOLDING, INC.'S INDIVIDUALLY AND AS SUCCESSOR N INTEREST TO FLEXITALLIC, INC.'S MOTION TO DISMISS

33. GENERAL REFRACTORIES COMPANY'S SPECIAL APPEARANCE TO PRESENT MOTION TO THE JURISDICTION,A ND SUBJECT THERETO, ITS MOITION TO TRANSFER VENUE, AND SUBJECT THERETO, ITS ORIGINAL ANSER TO PLAINTIFFS' ORIGINAL PETITION, CROSS-ACTION AND ANSER TO ALL CROSS-ACTIONS

34. GENERAL REFRACTORIES COMPANY'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION SUBJECT TO ITS PREVIOUSLY FILED SPECIAL APPEARANCE AND MOTION TO TRANSFER VENUE

35. GEORGIA PACIFIC CORPORATION'S ORIGINAL ANSWER

36. GUARD-LINE INC.'S ANSWER TO PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND

37. GUARD-LINE, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION AND JURY DEMAND

38. GUARD-LINE, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION AND JURY DEMAND

39. GUARD-LINE, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION AND JURY DEMAND

40. GUARD-LINE, INC.'S ANSWER TO PLAINTIFFS' SECOND CONSOLIDATED AMENDED PETITION AND JURY DEMAND

41. GUARD-LINE, INC.'S AMENDED ANSWER TO PLAINTIFFS' SECOND CONSOLIDATED AMENDED PEITION AND JURY DEMAND

42. GUARD-LINE, INC.'S AMENDED ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PEITION AND JURY DEMAND

43. HARBISON WALKER REFRACTORIES COMPANY'S SUED IMPROPERLY HEREIN AS A DIVISION OF INDRESCO INC.'S MOTION TO TRANSFER VENUE AND, SUBJECT THERETO, ORIGINAL ANSWER AND ANSWER TO CROSS ACTIONS

44. HARBISON WALKER REFRACTORIES COMPANY[FORMERLEY] A DIVISION OF INDRESCO INC.'S FIRST AMENDED ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONS AND/OR THRID-PARTY ACTIONS

45. HARBISON WALKER REFRACTORIES COMPANY FORMERLEY A DIVISION OF DRESSER INDURSTRIES, INC., AND ALSO FORMERLY KNOWN AS INDRESCO INC.'S MOTION TO TRANSFER VNEUE, MOTION TO DISMISS FOR FORUM NON-CONVENIENS, ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONSS AND/OR THIRD-PARTY ACTIONS AND JURY DEMAND

46. NOTICE OF NON-SUIT AS TO HARBISON WALKER REFRACTORIES COMPANY, INC. WITHOUT PREJUDICE

47. J.T. THORPE COMPANY'S SPECIAL EXCEPTIONS, ANSWER, CROSS-ACTIONS AND ANSWER TO OTHER ACTIONS

48. KAISWER ALUMINUM & CHEMICAL CORPORATIONS'S MOTION TO TRANSFER VENUE, MOTION FOR SEVERANCE, SPECIAL EXCEPTIONS, ORIGIANL ANSWER AND ANSWER TO CROSS-ACTIONS

49. KELLOGG-BROWN & ROOT, INC.'S ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PETITION

50. KELLY-MOORE PAINT COMPANY, INC.'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

51. NOTICE OF NON-SUIT AS TO KELLY-MOORE PAINT

52. METROPOLITAN LIFE'S ORIGINAL ANSWER, WITH SPECIAL EXCEPTIONS, CROSS ACTION, AND ANSWER TO CROSS ACTIONS TO PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND

53. PLAINTIFFS' NOTICE OF NON-SUIT AS TO MINNESOTA MINING AND MANUFACTURING COMPANY ONLY

54. NORTH AMERICAN REFRACTORIES COMPANY'S SHORT FORM ANSWER TO PLAINTIFFS' ORIGINAL PETITION

55. NORTH AMERICAN REFRACTORIES COMPANY'S AMENDED ANSWER

56. OWENS CORNING'S MOTION TO TRANSFER VENUE PURSUANT TO RULE 86 AND SUBJECT THERETO, AMENDED ANSWERS TO PLAINTIFF'S PETITION, CROSS-ACTION, AND AMENDED ANSWER TO CROSS-ACTIONS

57. PITTSBURGH CORNING CORPORATION'S ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONS AND JURY DEMAND

58. PROKO INDUSTRIES, INC.'S ORIGINAL ANSWER

59. RAPID AMERICAN CORPORATION'S ORIGINAL ANSWER SUBJECT TO ITS SPECIAL APPEARANCE AND MOTION TO DISMISS FOR FORUM NON CONVENIENS

60. RILEY STOKER CORPORATION'S ORIGINAL ANSWER

61. THE SYNKOLOID COMPANY'S ORIGINAL ANSWER, CROSS-ACTION AND ANSWER TO ALL CROSS-ACTIONS

62. NOTICE OF NON-SUIT AS TO THE SYNKOLOID COMPANY

63. ORDER GRANTING NON-SUIT AS TO THE SYNKOLOID COMPANY

64. NOTICE OF NON-SUIT AS TO U.S. MINERAL PRODUCTS COMPANY

65. UNIROYAL HOLDING, INC.'S SPECIAL APPEARANCE TO PRESENT MOTION OBJECTING TO JURISDICTION AND ANSWER OF DEFENDANT UNIROYAL HOLDING, INC. TO PLAINTIFF'S ORIGINAL PETITION

66.  UNITED STATES GYPSUM COMPANY'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

67.  NOTICE OF NON-SUIT AS TO UNITED STATES GYPSUM COMPANY

68.  UNITED STATES MINERAL PRODUCTS COMPANY'S ORIGINAL ANSWER

69.  W.R. GRACE & CO. – CONN.'S MOTION TO TRANSFER VENUE AND ORIGINAL ANSWER SUBJECT THERETO

70.  NOTICE OF NON-SUIT AS TO W.R. GRACE