IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF TEXAS
BROWNSVILLE DIVISION

FEB 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Valentin Ramirez and Eva Ramirez; | § | C.A. B-01-178 |
| Luis Garcia and Guadalupe Garcia | § | |
| Plaintiffs | § | |
| v. | § | |
| Able Supply Company, et al | § | |
| Defendants | § | |

| | | |
|---|---|---|
| IN RE: | § | Case No. 01-10578 |
| FEDERAL-MOGUL GLOBAL, INC. | § | Chapter 11 |
| Debtor | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| | § | District of Deleware) |

## DEFENDANT ACandS, INC.'S
## DISCLOSURE OF INTERESTED PARTIES

COMES NOW, Defendant ACandS, Inc. and files this Disclosure of Interested Parties pursuant to the Local Rules of the United States District Courts for the Southern District of Texas.

Defendant ACandS, Inc. does not have any subsidiary companies. The parent corporation of ACandS, Inc. is the Irex Corporation.

Respectfully submitted,

DUNN, KACAL, ADAMS, PAPPAS & LAW, P.C.

By: _____
JERRY KACAL – SBOT #11063500
KENNETH D. RHODES – SBOT #16821300
M. LAURA LOPEZ-SBOT #00794188
FEDERAL #20299
One Riverway, Suite 1200
Houston, Texas 77056
(713) 529-3992 (telephone)
(713) 529-8161 (telecopier)

OF COUNSEL:
DOUGLAS E. CHAVEZ – SBOT #04161400
FEDERAL #1895
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Caracahua Street
Corpus Christi, Texas 78470
(361) 888-9392 (telephone)
(361) 888-9187 (telecopier)

**ATTORNEYS FOR DEFENDANT ACandS, INC.**