United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

34

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

-------------------------------------------------------------------------------

| | | |
|---|---|---|
| Valentin Ramirez, et al., | § | |
| PLAINTIFFS, | § | C.A. B-01-178 |
| | § | |
| VS. | § | |
| | § | |
| Able Supply Co, et al. | § | |
| DEFENDANTS, | § | |
| DEFENDANTS, | § | |

## MOTION FOR EXPEDITED CONSIDERATION OF
## MOTION OF GARLOCK INC FOR STAY PURSUANT TO FEDERAL
## RULE OF APPELLATE PROCEDURE 8(a)(1) PENDING APPEAL

Garlock Inc ("Garlock"), by and through its counsel, hereby files this Motion for

Expedited Hearing on its Motion for Stay Pending Appeal Pursuant to Federal Rule of Appellate

Procedure 8(a)(1)(the "Motion") first directed to this District Court, and in support thereof,

respectfully represents as follows:

1.      Garlock has filed its Motion and seeks the entry of an order pursuant to F.R.A.P.

8(a) staying the February 22, 2002 order of the District Court and staying the District Court's

certification of its order of remand to the State Court.

2.      Expedited determination is necessary.  Garlock has filed a notice of appeal of this

Honorable Court's orders entered February 22, 2002.  A portion of such order severs a portion of

Expedited Motion for Stay
Pending Appeal

the claims from the Removed Case, and as a result of such severance, remands the non-severed claims to state court.

3.    As set out in the Motion, denial of a 28 U.S.C. § 157(b)(5) Motion is immediately appealable, however, preservation of this appellate right is particularly threatened by the remand of the Removed Case to State Court, which may in fact destroy jurisdiction of both the Fifth Circuit Court of Appeals appellate review, and the "Home" District to make the 28 U.S.C. § 157(b)(5) determinations, rendering moot the appeal. (See, *Browning vs. Navarro*, 743 F.2d 1069, 1083 (5th Cir. 1984).[1]    Rule 62, Fed. R. Civ. Proc. provides for only a 10 day stay the extension of which may only be accomplished pursuant to Rule 8(a)(1), Fed. R. App. Proc. Accordingly, an emergency exists.

4.    Due to the unique circumstances of this case and the irreparable injury that would inevitably result if the Appellate Court was prevented from addressing the issues presented by this appeal by loss of jurisdiction (the issues presented will be rendered moot prior to a final disposition on appeal if the remand is certified to the state court), Garlock requests expedited consideration of this Motion.

5.    Garlock Inc be irreparably harmed by mootness of the appeal, and the "Home" District Court's authority to act will be irreparably harmed as a result of its severance from the civil action and the denial of transferring the entire action to Delaware for a §157(b)(5) venue determination.    In addition to the fact that remanding of the remainder of the civil action as

---

[1]

As recognized in *Browning v. Navarro*:

"It is axiomatic that remanding a case to state court terminates the jurisdiction of a federal bankruptcy or district court over that case. *(citations omitted)*  14 C. Wright, A. Miller & E. Cooper, Federal Practice and Procedure: Jurisdiction 3739 (1976 & Supp.1983);  . . .    Even a federal court, persuaded that it has issued an erroneous remand order, cannot vacate the order once entered. *In re La Providencia Development Corp., 406 F.2d 251 (1st Cir.1969)*."  743 F.2d 1069, 1083 (5th Cir. 1984).

---

Expedited Motion for Stay
Pending Appeal

ordered by this District Court will forever preclude the Home District Court's ability to reconstruct this severed suit (if implementation of § 157(b)(5) upon review justified such need) without a stay, this Court's ruling destroys the Debtor's right to later remove the action if it desires. *See In re Biglari Import & Export, Inc.*, 142 B.R. 777, 785 (Bankr.W.D.Texas 1992).

WHEREFORE, Garlock Inc respectfully requests that this Court hear this matter on an expedited basis, and grant such other and further relief as is just and appropriate.

Respectfully submitted,

Mitchell C. Chaney
SB# 04107500
Fed ID #1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
*Rodriguez, Colvin & Chaney, LLP*
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

Expedited Motion for Stay
Pending Appeal

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616

Of counsel:
*Pepper Hamilton LP*
Michael H. Reed
Anne Marie Schwab
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4016
Telecopier: (215) 981-4750
ATTORNEYS FOR GARLOCK INC

## CERTIFICATE OF CONFERENCE

Prior to filing this Motion, Leslie MacLean, one of the attorneys for the Plaintiffs was contacted and she indicated that the Plaintiff's WOULD oppose the relief sought herein. Accordingly, this is a contested motion.

Teri L. Danish

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing document was served by Federal Express on March  5th , 2002 on Charles Siegel, counsel for Plaintiffs and by First Class Mail on March  6th , 2002 on all counsel of record as listed on the attached service list.

Teri L. Danish

Expedited Motion for Stay
Pending Appeal

EXHIBIT "A"

AFFIDAVIT OF TERI L. DANISH
IN SUPPORT OF REQUEST FOR EXPEDITED HEARING

**STATE OF TEXAS**

}

**COUNTY OF CAMERON**

BEFORE ME, the under signed authority, personally appeared Teri L. Danish, and upon her oath stated as follows:

"My name is Teri L. Danish, and I am a practicing lawyer admitted to practice in the State of Texas and the Southern District of Texas. I am in good standing and have never been the subject of a disciplinary action.

"I am familiar with the factual allegations set out in the above REQUEST FOR EXPEDITED HEARING. Each such factual statement is true and correct and within my personal knowledge.

"I am familiar with the legal conclusions and opinions expressed in the Motion and the Arguments and Authorities set out therein.

An expedited hearing is warranted and necessary in this case."

Teri L. Danish

To witness my hand and seal of office this 5th day of March, 2002.

IRMA M. ECHAVARRIA
MY COMMISSION EXPIRES
July 21, 2008

Notary Public in and For the State of Texas

Expedited Motion for Stay
Pending Appeal

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

---

| | | |
|---|---|---|
| Valentin Ramirez, et al., | § | |
| PLAINTIFFS, | § | C.A. B-01-178 |
| | § | |
| VS. | § | |
| | § | |
| Able Supply Co, et al. | § | |
| DEFENDANTS, | § | |

## ORDER GRANTING
## MOTION FOR EXPEDITED CONSIDERATION OF
## MOTION OF GARLOCK INC FOR STAY PURSUANT TO FEDERAL
## RULE OF APPELLATE PROCEDURE 8(a)(1) PENDING APPEAL

Upon the Motion of GARLOCK INC, a Defendant and Appellant herein, for expedited consideration on its Motion for Stay Pursuant to Federal Rule of Appellate Procedure 8(a)(1) Pending Appeal, and the Court finding that good cause exists for the relief requested by such Motion, and that such Motion should be granted in all things; therefore, it is

ORDERED that GARLOCK'S Motion is granted in all things; and it is further

ORDERED that an expedited hearing on Defendant's Motion for Stay Pursuant to Federal Rule of Appellate Procedure 8(a)(1) Pending Appeal shall be held on the _____ day of _____, 2002, in the United States Federal Courthouse, _____, Brownsville, Texas _____, at ___o'clock ___M.

DATED: _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

6
_____
Expedited Motion for Stay
Pending Appeal

ORDER SUBMITTED BY:
Teri L. Danish
SB# 05375320
Fed. ID # 12862
***Rodriguez, Colvin & Chaney, LLP***
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

7

# Ramirez Service List

| | | | | |
|---|---|---|---|---|
| David Taylor<br>Catherine Faubion | 3M | Thompson, Coe, Cousins, & Irons L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853 | 214- 871-8209 | 214-871-8209 |
| Lisa Powell | Able | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal<br>Kenneth Rhodes | AC&S | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-752-4200 | 713-621-9065 |
| Douglas E. Chavez | AC&S | Chaves, Gonzales & Hoblit, L.L.P.<br>2000 Frost Bank Plaza<br>802 North Carancahua Street<br>Corpus Christi, Texas 78470 | 361-888-9392 | 361-888-9187 |
| Ronald Walker | ALCOA | Walker Keeling & Carroll, L.L.P<br>210 East Constitution Street<br>P.O. Box 108<br>Victoria, Texas 77902 | 713-228-6601 | 361-576-6196 |
| Kimberley A.S. Satz | AP Green | Cordray, Goodrich & Miltenberger, PLLC<br>One Century Plaza, Suite 500<br>108 W. 8th Street<br>Fort Worth, Texas76102 | 817-820-0343 | 817-820-0373 |
| Clay White | Aqua Chem | Sammons & Parker, A Professional Corporation<br>218 North College<br>Tyler, Texas 75702 | | 903-595-3766 |
| Phillip Brown | B&R | Wilson, Elser, Moskowitz, Edelman & Dicker<br>5000 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270 | 214- 698-8000 | 214-698-1101 |
| Joel H. Whitney | B&R/Dresser | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214- 939-4816 | 214-760-7332 |
| Frank Harmon | CC&S | Crain Caton & James<br>3300 Two Houston Center<br>909 Fannin, 33rd Floor<br>Houston, Texas 77010 | 713- 658-2323 | 713-752-8618 |
| Mary Lou Mauro | CE | Galloway, Johnson, Tompkins & Burr<br>3555 Timmons, Suite 1225<br>Houston, Texas 77027 | 713-599-0700 | 713-599-0777 |
| Daniel Spain | CE/HW | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston,Texas 77010 | 713-650-9700 | 713-650-9701 |
| James H. Powers<br>Sharla Frost | Certainteed<br>Dana | Powers & Frost<br>2600 Two Houston Center | 713- 767-1555 | 713-767-1799 |

Page 1

Houston, Texas 77010

| | | | | |
|---|---|---|---|---|
| Hubert A. Crouch | Federal Mogul | Crouch & Inabnett<br>2300 Fountain Place<br>1445 Ross Avenue<br>Dallas, Texas 75202 | 214- 922-7100 | 214-922-7101 |
| Jim Riley | FW | Coats, Rose, Yale, Ryman & Lee,PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713- 651-0111 | 713-651-0220 |
| Gary Elliston<br>Mel Bailey | Gasket Holding,<br>Kaiser, GP | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214- 210-2400 | 214-210-2500 |
| Franklin Poff, Jr. | Grefco | Crisp, Jordan & Boyd, L.L.P.<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Benjamin White<br>William Farrell | Guardline | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228- 762-2272 | 228-762-3223 |
| David Fisher<br>W. Miller Thomas | JT Thorpe | Fairchild, Price, Thomas, Haley &<br>Willingham<br>413 Shelbyville Street<br>Center, Texas 75935 | 936- 598-2981 | 936-598-7712 |
| Taylor M. Hicks | Kaiser | Hicks, Thomas & Lilienstern<br>700 Louisiana, Suite 1700<br>Houston, Texas 77002 | 713- 547-9100 | 713-547-9150 |
| Todd Wade | Kelly-Moore | Brown McCarroll & Oaks Hartline<br>2727 Allen Parkway, Ste. 1300<br>Houston, TX 77019 | 713-529-3110 | 512-479-1155 |
| John L. Hill<br>John Hall | Met Life | Locke, Liddell<br>600 Travis St., Suite 3400<br>Houston, Texas 77002-3095 | 713- 226-1200 | 713-223-3717 |
| D. Ferguson McNiel | Narco | Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin<br>Houston, Texas 77002-6760 | 713-758-2222 | 713-615-5493 |
| Peter Moir | OI | Quilling, Selander, Cummiskey &<br>Lownds, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201 | 214- 953-6500 | 214-953-6503 |
| Gail Jenkins<br>James Harris | Proko<br>Flintoke | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |
| Timothy Hogan | Quigley | Beirne, Maynard & Parsons, L.L.P.<br>Wells Fargo Bank Tower 25th Floor<br>1300 Post Oak Boulevard<br>Houston, TX 77056-3000 | | 713-960-1527 |
| Tom Taylor | Rapid/Amoco | Greg Bevel<br>Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713- 220-4200 | 713-220-4285 |

Page 2

| | | | | |
|---|---|---|---|---|
| Micheal Walzel | Triple X | Stevens, Baldo & Freeman<br>P.O. Box 4950<br>Beaumont, Texas 77704 | 409- 835-5200 | 409-838-5638 |
| Robert Bass<br>Kyle Steele<br>Laura Frase<br>William Arnold | Uniroyal Gasket<br>Ingersol-Rand<br>Uniroyal | Forman Perry Watkins Krutz &<br>Tardy<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

Page 3