UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-40394
_____

VALENTIN RAMIREZ; EVA RAMIREZ; LUIS GARCIA; GUADALUPE GARCIA,

           Plaintiffs - Appellees,

VERSUS

ABLE SUPPLY CO., ET AL.,

           Defendants,

GARLOCK, INC.,

           Defendant - Appellant.

_____

Appeal from the United States District Court
For the Southern District of Texas, Brownsville
_____

Before DeMOSS, PARKER and DENNIS, Circuit Judges

BY THE COURT:

IT IS ORDERED that the District Court's order of remand entered by Order signed February 22, 2002, is hereby stayed pending this Court's consideration of the motion for rehearing in *Arnold v. Garlock*, 278 F.3d 426 (5th Cir. 2002).

U.S. COURT OF APPEALS
FILED
MAR 2 2 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAR 2 9 2002
Michael N. Milby
Clerk of Court

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy   MAR 2 2 2002
New Orleans, Louisiana

B-01-178