UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
APR 12 2002
CHARLES R. FULBRUGE III
CLERK

No. 02-40394

VALENTIN RAMIREZ; EVA RAMIREZ; LUIS GARCIA; GUADALUPE GARCIA,

Plaintiffs - Appellees,

VERSUS

B-01-178

ABLE SUPPLY CO., ET AL.,

Defendants,

GARLOCK, INC.,

Defendant - Appellant.

Appeal from the United States District Court
For the Southern District of Texas, Brownsville

ORDER:

For the reasons stated in *Arnold v. Garlock*, 278 F.3d 426 (5th Cir. 2001), *reh'g denied*, No. 01-41327, 2002 WL 530579 (5th Cir. Apr. 9, 2002), the motion for stay pending appeal or for reversal of the district clerk's certification of remand in this case is DENIED and the temporary stay entered on March 22, 2002 is hereby dissolved.

ROBERT M. PARKER
UNITED STATES CIRCUIT JUDGE