38

```
                    -----------------
                      No. 02-40394
                    -----------------
```

VALENTIN RAMIREZ; EVA RAMIREZ; LUIS GARCIA; GUADALUPE GARCIA

    Plaintiffs - Appellees

v.

ABLE SUPPLY COMPANY; ET AL

    Defendants

GARLOCK INC

    Defendant - Appellant

C A B-01-178

United States District Court
Southern District of Texas
FILED

MAY 1 0 2002

Michael N. Milby
Clerk of Court


## ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 9th day of May, 2002, see FED. R. APP. P. 42(b).

                            CHARLES R. FULBRUGE III
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                    By: *Peter Conners*
                        Peter Conners, Deputy Clerk

                    FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
     Deputy

New Orleans, Louisiana   MAY 0 9 2002